*E-Filed: February 25, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICK MILETAK, | No. C13-04865 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| COMMUNICATION WORKERS OF AMERICA (CWA), CWA JOE BEIRNE, | |
| Defendants. | |

On January 15, 2014, defendant Communication Workers of America moved to dismiss plaintiff's complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than January 28, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. *See* 28 U.S.C. § 636; Civ. L.R. 73-1. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: February 25, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-04865 HRL Order will be electronically mailed to:**

Anne Iwa Yen     courtnotices@unioncounsel.net

David Albert Rosenfeld     courtnotices@unioncounsel.net

**C13-04865 HRL Order will be mailed to:**

Nick Miletak
14745 Conway Avenue
San Jose, CA 95124

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2