**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11

NICK MILETAK,                                      No. C 13-4865 SI

12              Plaintiff,                          **ORDER OF REFERRAL**

13      v.

14  COMMUNICATION WORKERS OF
    AMERICA (CWA), CWA JOE BEIRNE,
15
                Defendants.
16  _____/

17

        Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Edward M. Chen for
18
    a determination of whether this case is related to *Miletak v. AT&T Services*, No. C 12-5326 EMC.
19

20
        **IT IS SO ORDERED.**
21

22
    Dated: March 31, 2014                           SUSAN ILLSTON
23                                                   UNITED STATES DISTRICT JUDGE

24
25
26
27
28