1

2

3

4                                  IN THE UNITED STATES DISTRICT COURT

5                                FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    NICK MILETAK,                                      No. C 13-4865 SI

8               Plaintiff,                              **ORDER RE: PLAINTIFF'S MOTION
                                                       FOR LEAVE TO AMEND AND
9      v.                                               DENYING PLAINTIFF'S MOTION FOR
                                                       RECONSIDERATION**
10   COMMUNICATION WORKERS OF
     AMERICA (CWA)
11

12               Defendant.
     _____/

13          In an order filed April 22, 2014, the Court granted defendant's motion to dismiss the complaint

14   and granted plaintiff leave to amend the complaint, and denied plaintiff's motion for sanctions.  Docket

15   No. 51.  The Court's order directed plaintiff to file an amended complaint by May 2, 2014.

16          On May 2, 2014, plaintiff filed a motion for reconsideration of the denial of the sanctions

17   motion, and filed a motion for leave to file an amended complaint.  The motion for reconsideration is

18   DENIED.  Plaintiff's motion for leave to file an amended complaint was unnecessary as the Court's

19   April 22, 2014 order already granted plaintiff leave to amend.  **Plaintiff is directed to file the amended**

20   **complaint no later than May 16, 2014**, and defendant shall either answer the amended complaint or

21   file a motion pursuant to Rule 12.  This order resolves Docket Nos. 52 and 53.

22          **IT IS SO ORDERED.**

23

24   Dated: May 9, 2014

25                                                     _____
                                                       SUSAN ILLSTON
26                                                     UNITED STATES DISTRICT JUDGE

27

28

United States District Court
For the Northern District of California