IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MILETAK,<br><br>      Plaintiff,<br><br>   v.<br><br>COMMUNICATION WORKERS OF AMERICA (CWA)<br><br>      Defendant. | No. C 13-4865 SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND VACATING JULY 11, 2014 HEARING AND CASE MANAGEMENT CONFERENCE** |

Defendant's motion to dismiss the first amended complaint is scheduled for a hearing at 9:00 a.m. on July 11, 2014. Plaintiff did not file an opposition to the motion, nor has plaintiff taken any action in this case since filing the first amended complaint. The parties have also not filed a case management conference statement in preparation for the case management conference scheduled for 2:30 p.m. on July 11, 2014.

The Court hereby VACATES the July 11, 2014 hearing and case management conference. **Plaintiff is hereby ORDERED TO SHOW CAUSE IN WRITING no later than July 21, 2014, why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).** If plaintiff wishes to prosecute this case, the Court will set a new briefing schedule and hearing on defendant's motion to dismiss.

   **IT IS SO ORDERED.**

Dated: July 7, 2014

                                                                          _Susan Illston_
                                                                          SUSAN ILLSTON
                                                                          UNITED STATES DISTRICT JUDGE