1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   NICK MILETAK,

10              Plaintiff,

11   v.

12   COMMUNICATION WORKERS OF
     AMERICA (CWA),

13              Defendant.

14

No. C 13-4865 SI

**ORDER SETTING BRIEFING
SCHEDULE ON DEFENDANT'S
MOTION TO DISMISS FIRST
AMENDED COMPLAINT**

15

16      In response to the Court's Order to Show Cause, plaintiff filed a notice of voluntary dismissal

17   without prejudice.  Defendant opposes a dismissal without prejudice, and requests a ruling on the

18   pending motion to dismiss the first amended complaint.  In light of the procedural posture of this case,

19   the Court finds that a dismissal without prejudice is inappropriate.  The Court will grant plaintiff a

20   further opportunity to file a response to the pending motion to dismiss; if plaintiff fails to file an

21   opposition, the Court will rule on the unopposed motion.

22      Accordingly, plaintiff may file an opposition to the motion no later than **August 1, 2014**, and

23   defendant may file a reply by **August 8, 2014**.  At that time, the matter will be deemed submitted and

24   the Court will issue an order on the motion.

25

26      **IT IS SO ORDERED.**

27

28   Dated: July 24, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California