**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK MILETAK,

      Plaintiff,

  v.

COMMUNICATION WORKERS OF
AMERICA (CWA)

      Defendant.

_____/

No. C 13-4865 SI

**JUDGMENT**

    The Court has dismissed the first amended complaint with prejudice.  Judgment is hereby entered in favor of defendant.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: September 18, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California